Opinion approved by the Court.

Helen GONZALES, Appellant,

v.

STATE, Appellee.

No. 27429.

Court of Criminal Appeals of Texas.

Feb. 16, 1955.

John J. Herrera, Houston, for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Jr., Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the second offense of keeping a bawdy house; the punishment, 40 days in jail and a fine of $400.

Appellant has now filed her personal affidavit requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.

Bernard N. BAILEY, Appellant,

v.

The STATE of Texas, Appellee.

Nos. 27462–27468.

Court of Criminal Appeals of Texas.

Feb. 23, 1955.

No attorney on appeal for appellant.

Dan E. Walton, Dist. Atty., Eugene Brady, Jr., Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant has filed his affidavit stating that he desires to have his appeal in each of the above cases dismissed.

Accordingly, the appeal in each of these cases is dismissed.